IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
IZZET AKYAR,
        Plaintiff,

v.

TD BANK US HOLDING COMPANY,
TORONTO DOMINION HOLDINGS
(U.S.A.), INC., TD BANK, N.A., and
AMANDA MAJOR, individually and
in her official capacity,
        Defendants.
---------------------------------------------------X

Civil Action No. 1:18-cv-00379-VSB

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in the action for TD Bank US Holding Company, Toronto Dominion Holdings (U.S.A.), Inc., TD Bank, N.A., and Amanda Skeldon (neé Major). I certify that I am admitted to practice in this court.

Dated: January 16, 2018

/s/ Michelle Nicole Diamond
Michelle Nicole Diamond
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007 USA
Tel.: (212) 295-6427
Fax: (212) 230-8888

*Attorneys for Defendants*