IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
IZZET AKYAR,
        Plaintiff,

v.

TD BANK US HOLDING COMPANY,
TORONTO DOMINION HOLDINGS
(U.S.A.), INC., TD BANK, N.A., and
AMANDA MAJOR, individually and
in her official capacity,
        Defendants.
-------------------------------------------------X

Civil Action No. 1:18-cv-00379-VSB

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                         : ss.:
COUNTY NEW YORK )

    Roberto L. Matos, being duly sworn, deposes and says:

1. I am over the age of eighteen (18), and employee of Wilmer Cutler Pickering Hale and Dorr LLP, and am not a party to this action

2. On the 16th day of January, 2018 I caused to be served true and correct copies of the Notice of Removal from New York State Supreme Court (and the Complaint as an Exhibit), the Civil Cover Sheet, the 7.1 Corporate Disclosure Statement, and the Notices of Appearance of Defendants' counsel Sharon Cohen Levin and Michelle Nicole Diamond, via overnight delivery, upon:

        David M. Schwartz, Esq.
        Gerstman, Schwartz & Malito LLP
        1399 Franklin Avenue, Suite 200
        Garden City, New York 11530

Dated: January 18, 2018

*[signature]*

Roberto L. Matos

Sworn to before me this
18th day of January, 2018

*[signature]*
Notary Public

Charles Gazzola
Notary Public-State of New York
No. 01GA6187805
Qualified in Westchester County
Certificate Filed in New York County
My Commission Expires August 30, 2020