IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
IZZET AKYAR,
        Plaintiff,

v.

TD BANK US HOLDING COMPANY,
TORONTO DOMINION HOLDINGS
(U.S.A.), INC., TD BANK, N.A., and
AMANDA MAJOR, individually and
in her official capacity,
        Defendants.
---------------------------------------------------X

No. 18 Civ. 379 (VSB)

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b)(6), upon the Memorandum of Law in Support, and the accompanying Declaration of Michelle Nicole Diamond and associated exhibits, Defendants TD Bank US Holding Company, Toronto Dominion Holdings (U.S.A.), Inc., TD Bank, N.A., and Amanda Skeldon (neé Major), by their undersigned counsel, will move this Court before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a time and date convenient for the Court, for an order dismissing the Complaint for failure to state a claim upon which relief can be granted.

New York, New York
January 23, 2018

/s/ David Sapir Lesser
David Sapir Lesser
Sharon Cohen Levin
Michelle Nicole Diamond
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street

New York, NY 10007 USA
Tel.: (212) 230-8851
Fax: (212) 230-8888

*Attorneys for Defendants*