IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------X
IZZET AKYAR,
         Plaintiff,

v.                                                          No. 18 Civ. 379 (VSB)

TD BANK US HOLDING COMPANY,
TORONTO DOMINION HOLDINGS
(U.S.A.), INC., TD BANK, N.A., and
AMANDA MAJOR, individually and
in her official capacity,
         Defendants.
---------------------------------------------------X
```

**DECLARATION OF MICHELLE NICOLE DIAMOND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P 12(b)(6)**

I, Michelle Nicole Diamond, declare as follows:

1.  I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and counsel for Defendants TD Bank US Holding Company, Toronto Dominion Holdings (U.S.A.), Inc., TD Bank, N.A., and Amanda Skeldon (neé Major) in the above-captioned action. I am a member in good standing of the Bar of the State of New York. I submit this declaration in support of Defendants' Motion to Dismiss.

2.  Attached hereto as Exhibit 1 is a true and correct copy of Izzet Akyar's Account Signature Cards.

3.  Attached hereto as Exhibit 2 is a true and correct copy of TD Bank, N.A.'s Personal Deposit Account Agreement.

4.  Attached hereto as Exhibit 3 is a true and correct copy of the March 29, 2017 TD Bank, N.A. Letter signed by Defendant Amanda Skeldon (neé Major).

1

5.     Attached hereto as Exhibit 4 is a true and correct copy of TD Securities London, Commentary – Rates, FX and Commodities Research, *Turkey: What Is Going On With Turkey? Recap Of A Difficult Situation* (December 27, 2013).

6.     Attached hereto as Exhibit 5 is a true and correct copy of TD Securities London, Commentary – Rates, FX and Commodities Research, *Turkey: No Easy Way Out* (January 16, 2014).

7.     Attached hereto as Exhibit 6 is a true and correct copy of TD Securities London, Market Musings – Rates, FX and Commodities Research, *Turkey: Short-Term Buying, Longer-Term Underperformance* (July 18, 2016).

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
         January 23, 2018

/s/ Michelle Nicole Diamond
Michelle Nicole Diamond
David Sapir Lesser
Sharon Cohen Levin
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007 USA
Tel.: (212) 295-6427
Fax: (212) 230-8888

*Attorneys for Defendants*