UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IZZET AKYAR,                                                                     CASE NO. : 1:18-CV-00379-VSB

                                              *Plaintiff*

                         vs

TD BANK US HOLDING COMPANY, ET AL.,

                                              *Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **1/24/2018** at **1:27 PM** at **1399 Franklin Avenue, Suite 200, Garden City, NY 11530**

deponent served a(n) **Oral Argument Requested, Notice of Motion to Dismiss, Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, Declaration of Michelle Nicole Diamond in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(6) with Exhibits 1-6**

on **Gerstman Schwartz & Malito LLP,** accepted by **Tim Lachapelle**,

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Male
Skin: White
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other: Glasses

Sworn to before me this
24th day of January, 2018

_____
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

_____
Juan Aguirre
License No. 0843839

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160