UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IZZET AKYAR,

                        Plaintiff,                  Case No. 18-cv-379

       -against-

                                          **NOTICE OF APPEARANCE**

TD BANK US HOLDING COMPANY, TORONTO
DOMINION HOLDINGS (U.S.A.), INC., TD BANK,
N.A., and AMANDA MAJOR, individually and in her
official capacity,

                        Defendants.
------------------------------------------------------------------------X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for the

plaintiff, Izzet Akyar.  I certify that I am admitted to practice in this court.

Dated: Garden City, New York
          January 24, 2018

                                          **GERSTMAN SCHWARTZ & MALITO, LLP**

                                          _____/s/ David M. Schwartz_____
                                          David M. Schwartz, Esq. (DS 9776)
                                          Attorneys for Plaintiff
                                          1399 Franklin Avenue, Suite 200
                                          Garden City, New York 11530
                                          Telephone: (516) 880-8170
                                          Fax: (516) 880-8171
                                          dschwartz@gerstmanschwartz.com