IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
IZZET AKYAR,
        Plaintiff,

v.

TD BANK, N.A., and
AMANDA MAJOR, individually and
in her official capacity,
        Defendants.
---------------------------------------------------X

No. 18 Civ. 379 (VSB)

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b)(6), upon the Memorandum of Law in Support, and the accompanying Declaration of Michelle Nicole Diamond and associated exhibits, Defendants TD Bank, N.A. and Amanda Skeldon (neé Major), by their undersigned counsel, will move this Court before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a time and date convenient for the Court, for an order dismissing Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted.

New York, New York
February 27, 2018

/s/ David Sapir Lesser
David Sapir Lesser
Sharon Cohen Levin
Michelle Nicole Diamond
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007 USA
Tel.: (212) 230-8851

1

Fax: (212) 230-8888

*Attorneys for Defendants*