```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3 / 1
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                            :
IZZET AKYAR,                            :
                            :
               Plaintiff,    :
                            :         18-CV-379 (VSB)
         -against-       :
                            :         **ORDER**
TD BANK US HOLDING COMPANY, et al., :
                            :
               Defendants.  :
                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On January 23, 2018, Defendants filed a motion to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 11.) Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. I directed Plaintiff to file any amended complaint by February 13, 2018. (Doc. 14.) Plaintiff filed the First Amended Complaint on February 13. (Doc. 17.) On February 27, 2018, Defendants filed a motion to dismiss Plaintiff's First Amended Complaint. (Doc. 18.) Accordingly, it is hereby

      ORDERED that Plaintiff shall serve any opposition to the motion to dismiss by March 29, 2018. Defendants' reply, if any, shall be served by April 12, 2018. At the time the motion is fully briefed, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: March 1, 2018
      New York, New York

_____
Vernon S. Broderick
United States District Judge