UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

IZZET AKYAR,

                Plaintiff,

-against-

TD BANK US HOLDING COMPANY, et al.,

                Defendant.
---------------------------------------------------------

Case No. 18-cv-379

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**David Marc Schwartz**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DS9776     My State Bar Number is 2584670

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: The Schwartz Law Firm
                     FIRM ADDRESS: 5402 Third Avenue, Brooklyn, NY 11220
                     FIRM TELEPHONE NUMBER: 718-492-7700
                     FIRM FAX NUMBER: 718-439-8199

NEW FIRM:    FIRM NAME: Gerstman Schwartz LLP
                     FIRM ADDRESS: 1399 Franklin Avenue, Suite 200, Garden City, NY 11530
                     FIRM TELEPHONE NUMBER: 516-880-8170
                     FIRM FAX NUMBER: 516-880-8171

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: March 6, 2018                             /s/ David M. Schwartz
                                                          ATTORNEY'S SIGNATURE